UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 OCT 31 P 1:28
US DISTRICT COURT
HARTFORD CT

ELLIS,
    Plaintiff

- v -                                  Civil No 3:01CV1275(AVC)

BERLINGHOFF,
    Defendant

### ORDER

A settlement conference shall be held before the undersigned on **January 5, 2004, at 10:00 a.m.** The parties shall submit <u>ex parte</u> statements **to the Chambers of Judge Smith,** not to exceed four pages, briefly setting forth their settlement positions, no later than December 30 , 2003. <u>**Facsimiles will not be accepted**</u>.

**Counsel shall be accompanied by the appropriate persons with authority to settle.** See <u>Nick v. Morgan's Foods, Inc.</u>, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), <u>aff'd</u>, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut this 31st day of October, 2003.



Thomas P. Smith
United States Magistrate Judge