UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN -5  P 4: 0

DISTRICT COURT
HARTFORD, CT.

Settlement Conference Calendar

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

January 5, 2004

10:00 a.m.

CASE NO. **3-01-CV-1275** (AVC) **Ellis v. Blerlinghoff**

**SETTLEMENT CONFERENCE**

Mary E.R. Bartholic
Cohn, Birnbaum & Shea
100 Pearl St.
Hartford, CT 06103-4500

Catherine A. Mohan
McCarter & English
Cityplace I
185 Asylum St.
36th Fl.
Hartford, CT 06103-3495

Thomas W. Witherington
Cohn, Birnbaum & Shea
100 Pearl St.
Hartford, CT 06103-4500

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Conf. held w/ TPS - Case did not settle*

*Time: 8'*