```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


                        COURT TRIAL CALENDAR

               HONORABLE ALFRED V. COVELLO, U.S.D.J.
                          450 MAIN STREET
                             HARTFORD
                      COURTROOM #1 - ANNEX

                        March 16 - 19, 2004

                       10:00 a.m. - 5:00 p.m.
```

RESCHEDULED FROM 1/12/04

CASE NO. **3:01cv1275 (AVC) Ellis v. Berlinghoff**


Mary E.R. Bartholic
Cohn, Birnbaum & Shea
100 Pearl St.
Hartford, CT 06103-4500

Catherine A. Mohan
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

Thomas W. Witherington
Cohn, Birnbaum & Shea
100 Pearl St.
Hartford, CT 06103-4500

```
                                   BY ORDER OF THE COURT
                                   KEVIN F. ROWE, CLERK
```