FILED

2004 MAR 12 P 3: 53

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| JUNE ELLIS and MATHconx, LLC | CASE NO. 3:01CV1275 (AVC) |
|---|---|
| v. | |
| WILLIAM P. BERLINGHOFF | MARCH 12, 2004 |

### PLAINTIFFS' OBJECTIONS TO DEFENDANT'S EXHIBITS

Pursuant to paragraph 9 of the Pretrial Order issued in this case on June 17, 2002, the Plaintiffs hereby assert the following objections to the Defendant's exhibits[1]:

| EXHIBIT NO. | OBJECTIONS |
|---|---|
| 9 | Hearsay/no authentication or identification. |
| 19 (Doc. No. JE1199) | Hearsay/no authentication or identification |
| (Doc. No. JE1200-JE1209) | Does not appear to be part of Doc. No. JE1199. |
| 21 | Hearsay/no authentication or identification |
| 24 | Hearsay/no authentication or identification/inadmissible expert opinion. |
| 25 ("Exhibit A") | Hearsay |
| 27 | Hearsay |
| 28 | Hearsay |
| 30 | Hearsay |
| 31 | Hearsay |
| 34 | Hearsay |

---

[1] Pursuant to the terms of paragraph 9 of the Pretrial Order, the Plaintiffs reserve their right to object to any exhibit on the grounds of relevance at trial.

| EXHIBIT NO. | OBJECTIONS |
|---|---|
| 36 | Hearsay/no authentication or identification |
| 38 | Hearsay/no authentication or identification |
| 40 | Hearsay |
| 41 | Hearsay |
| 42 | Hearsay/no authentication or identification |
| 43 | Hearsay/no authentication or identification |
| 46 | Hearsay |
| 47 | Hearsay/no authentication or identification |
| 48  (Doc. No. JE1850) | Hearsay |
| (Doc. No. JE1851/ bottom) | Hearsay |
| 50 | Hearsay |
| 55 | No authentication or identification |
| 57 | Hearsay/no authentication or identification/inadmissible expert opinion |

Pursuant to the terms of paragraph 9 of the Pretrial Order, a memorandum of authorities supporting the Plaintiffs' Objections is submitted herewith.

THE PLAINTIFFS,
JUNE ELLIS and MATHconx, LLC

By: _____
Thomas W. Witherington
Cohn Birnbaum & Shea P.C.
100 Pearl Street
Hartford, CT 06103
Telephone:  (860) 493-2200
Facsimile:  (860) 727-0361
E-mail:  twitherington@cb-shea.com
Federal Bar No. ct05711

2

## **CERTIFICATION**

    I hereby certify that on March 12, 2004, a copy of the foregoing was sent via First Class mail, postage prepaid, to the following:

Catherine A. Mohan, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street, 36th Floor
Hartford CT 06103-3495

                                                    Thomas W. Witherington

TWW/fmb/123059v1  18008-007

COHN BIRNBAUM & SHEA P.C. • ATTORNEYS AT LAW • 100 PEARL STREET • HARTFORD, CT 06103-4500 • (860) 493-2200 • JURIS NO. 10163