# COHN BIRNBAUM & SHEA
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

HARTFORD • STAMFORD • WESTPORT • NEW YORK

100 PEARL STREET
HARTFORD, CONNECTICUT 06103-4500
TELEPHONE 860 • 493 • 2200
FACSIMILE 860 • 727 • 0361

Thomas W. Witherington
twitherington@cb-shea.com

March 15, 2004

Via Facsimile (860/240-2694)

The Honorable Alfred V. Covello
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

Re: June Ellis and MATHconx, LLC v. William P. Berlinghoff
    Civil Action No. 3:01CV1275 (AVC)

Dear Judge Covello:

This will confirm that the parties have reached an agreement in principle to settle the above-referenced action. The parties will require additional time to reduce the terms of their settlement agreement to writing. We anticipate that this can be successfully accomplished within thirty (30) days.

We understand that, because the parties have agreed to settle their dispute, this case will not proceed to trial tomorrow. Please feel free to contact either (or both) of us if any questions arise relating to the settlement.

Very truly yours,

Thomas W. Witherington, Esq.
Cohn Birnbaum & Shea, P.C.
For the Plaintiffs

Catherine A. Mohan, Esq.
McCarter & English, LLP

FILED 2004 MAR 16 A 11: 18 U.S. DISTRICT COURT HARTFORD, CT.

3:01CV1275(AVC). March 16, 2004. The clerk shall docket this letter as a notice of settlement.
SO ORDERED.

Alfred V. Covello, U.S.D.J.