UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JUNE ELLIS and MATHCONX, LLC,
   Plaintiffs,

vs.                             3:01CV1275(AVC)

WILLIAM P. BERLINGHOFF,
   Defendant.

### NOTICE TO COUNSEL

The above entitled case was reported to the Court on March 16, 2004, to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on April 16, 2004, unless closing papers are filed on or before that date, or, unless counsel reports prior to that date that the case is not, in fact, settled.

It is so ordered this 16th day of March, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge