UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| JUNE ELLIS and MATHconx, LLC | CASE NO. 3:01CV1275 (AVC) |
|---|---|
| v. | |
| WILLIAM P. BERLINGHOFF | APRIL 12, 2004 |

## MOTION FOR EXTENSION OF TIME TO CONCLUDE SETTLEMENT

The parties in the above-entitled action hereby move the Court for a thirty-day extension of time, until May 17, 2004, within which to finalize the settlement of the above-referenced case. In support of this Motion, the Plaintiffs represent as follows:

1.      On March 15, 2004, the parties reported to the Court that they had reached an agreement to settle this case.

2.      Thereafter, by a Notice dated March 16, 2004, the Court (Covello, J.) notified the parties that dismissals of the pending claims were due by April 16, 2004.

3.      The parties' agreement to settle this case contemplated, inter alia, a Stipulation to Judgment in favor of the Plaintiffs and the grant of a non-exclusive license to the Defendant to use the copyrighted materials which are the subject of this litigation. The Plaintiffs' counsel has prepared and forwarded to Defendant's counsel a proposed Settlement Agreement, proposed License Agreement, and draft Stipulation to Judgment. Defendant's counsel has provided

comments on the proposed settlement documents, but the parties have not yet finalized the terms of these documents. Further discussions concerning the terms of the draft settlement documents will be required. Counsel are hopeful that the settlement documents will be finalized within the next thirty days, and will make diligent efforts to reach agreement as to all relevant terms within that period. However, counsel do not anticipate that the terms of the settlement documents will be finalized by April 16, 2004.

For the foregoing reasons, the Plaintiffs respectfully request an additional thirty days in order to finalize the settlement of this case. Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the undersigned has inquired and secured the consent of opposing counsel, Catherine A. Mohan, to the granting of this Motion. This is the first Motion for Extension of Time with respect to the settlement of this case.

                                        **THE PLAINTIFFS,**
                                        **JUNE ELLIS and MATHconx, LLC**

                                        By: /s/ Thomas W. Witherington
                                             Thomas W. Witherington, Esq.
                                             Cohn Birnbaum & Shea P.C.
                                             100 Pearl Street
                                             Hartford, CT 06103
                                             Telephone: (860) 493-2200
                                             Facsimile: (860) 727-0361
                                             E-mail: twitherington@cb-shea.com
                                             Federal Bar No. ct05711

## **CERTIFICATION**

      I hereby certify that on April 12, 2004, a copy of the foregoing was sent via First Class mail, postage prepaid, to the following:

Catherine A. Mohan, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street, 36th Floor
Hartford CT 06103-3495

                                                By: /s/ Thomas W. Witherington
                                                     Thomas W. Witherington

TWW/fmb/123498v1   18008-007

**COHN BIRNBAUM & SHEA P.C.** • *ATTORNEYS AT LAW* • 100 PEARL STREET • HARTFORD, CT 06103-4500 • (860) 493-2200 • JURIS NO. 10163