FILED

2004 APR 12 P 3: 56

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUNE ELLIS and MATHconx, LLC | CASE NO. 3:01CV1275 (AVC) |
| v. | |
| WILLIAM P. BERLINGHOFF | APRIL 12, 2004 |

April 13, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

## MOTION FOR EXTENSION OF TIME TO CONCLUDE SETTLEMENT

The parties in the above-entitled action hereby move the Court for a thirty-day extension of time, until May 17, 2004, within which to finalize the settlement of the above-referenced case. In support of this Motion, the Plaintiffs represent as follows:

1.  On March 15, 2004, the parties reported to the Court that they had reached an agreement to settle this case.

2.  Thereafter, by a Notice dated March 16, 2004, the Court (Covello, J.) notified the parties that dismissals of the pending claims were due by April 16, 2004.

3.  The parties' agreement to settle this case contemplated, <u>inter alia</u>, a Stipulation to Judgment in favor of the Plaintiffs and the grant of a non-exclusive license to the Defendant to use the copyrighted materials which are the subject of this litigation. The Plaintiffs' counsel has prepared and forwarded to Defendant's counsel a proposed Settlement Agreement, proposed License Agreement, and draft Stipulation to Judgment. Defendant's counsel has provided

**COHN BIRNBAUM & SHEA P.C.** • *ATTORNEYS AT LAW* • 100 PEARL STREET • HARTFORD, CT 06103-4500 • (860) 493-2200 • JURIS NO. 10163