UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| JUNE ELLIS and MATHconx, LLC | CASE NO. 3:01CV1275 (AVC) |
|---|---|
| v. | |
| WILLIAM P. BERLINGHOFF | MAY 14, 2004 |

### MOTION FOR EXTENSION OF TIME TO CONCLUDE SETTLEMENT

The Plaintiffs in the above-entitled action hereby move the Court for an additional thirty-day extension of time, until June 16, 2004, within which to finalize the settlement of the above-referenced case. In support of this Motion, the Plaintiffs represent as follows:

1.      On March 15, 2004, the parties reported to the Court that they had reached an agreement to settle this case.

2.      Thereafter, by a Notice dated March 16, 2004, the Court (Covello, J.) notified the parties that dismissals of the pending claims were due by April 16, 2004.

3.      The parties' agreement to settle this case contemplated, inter alia, a Stipulation to Judgment in favor of the Plaintiffs and the grant of a non-exclusive license to the Defendant to use the copyrighted materials which are the subject of this litigation. In March, Plaintiffs'

counsel prepared and forwarded to Defendant's counsel a proposed Settlement Agreement, proposed License Agreement, and draft Stipulation to Judgment. Defendant's counsel provided comments on the proposed settlement documents, which were incorporated into revised draft documents by Plaintiffs' counsel and forwarded to Defendant's counsel on April 16, 2004. After Defendant's counsel received her client's comments regarding the revised document, counsel met on May 3, 2004 in an effort to resolve outstanding settlement issues.[1] Despite making progress in narrowing the disputed issues, at least one significant area of dispute remains, requiring further discussion. While counsel remain hopeful that the settlement documents will be finalized within the next thirty days (and will make diligent efforts to reach agreement as to all relevant terms within that period), counsel do not anticipate that the terms of the settlement documents will be finalized by May 17, 2004.

For the foregoing reasons, the Plaintiffs respectfully request an additional thirty days in order to finalize the settlement of this case. Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the undersigned has inquired and secured the consent of opposing counsel,

---

[1] Counsel were not able to meet sooner because counsel for both parties were on vacation during the week of April 19, 2004.

2

Catherine A. Mohan, to the granting of this Motion. This is the second Motion for Extension of Time with respect to the settlement of this case.

                                          **THE PLAINTIFFS,**
                                          **JUNE ELLIS and MATHconx, LLC**

                                     By: /s/ Thomas W. Witherington
                                               Thomas W. Witherington, Esq.
                                               Cohn Birnbaum & Shea P.C.
                                             100 Pearl Street
                                             Hartford, CT 06103
                                             Telephone: (860) 493-2200
                                             Facsimile: (860) 727-0361
                                             E-mail: twitherington@cb-shea.com
                                             Federal Bar No. ct05711

## **CERTIFICATION**

I hereby certify that on May 14, 2004, a copy of the foregoing was sent via First Class mail, postage prepaid, to the following:

Catherine A. Mohan, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street, 36th Floor
Hartford CT 06103-3495

By: s/s Thomas W. Witherington<br>Thomas W. Witherington

TWW/fmb/123825v1   18008-007

**COHN BIRNBAUM & SHEA P.C.** • *ATTORNEYS AT LAW* • 100 PEARL STREET • HARTFORD, CT 06103-4500 • (860) 493-2200 • JURIS NO. 10163