FILED
2004 MAY 17 A 11: 17
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| JUNE ELLIS and MATHconx, LLC | CASE NO. 3:01CV1275 (AVC) |
|---|---|
| v. | |
| WILLIAM P. BERLINGHOFF | MAY 14, 2004 |

### MOTION FOR EXTENSION OF TIME TO CONCLUDE SETTLEMENT

The Plaintiffs in the above-entitled action hereby move the Court for an additional thirty-day extension of time, until June 16, 2004, within which to finalize the settlement of the above-referenced case. In support of this Motion, the Plaintiffs represent as follows:

1. On March 15, 2004, the parties reported to the Court that they had reached an agreement to settle this case.

2. Thereafter, by a Notice dated March 16, 2004, the Court (Covello, J.) notified the parties that dismissals of the pending claims were due by April 16, 2004.

3. The parties' agreement to settle this case contemplated, <u>inter alia</u>, a Stipulation to Judgment in favor of the Plaintiffs and the grant of a non-exclusive license to the Defendant to use the copyrighted materials which are the subject of this litigation. In March, Plaintiffs'

May 21, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2004 MAY 21 P 4: 04
U.S. DISTRICT COURT
HARTFORD, CT.

COHN BIRNBAUM & SHEA P.C. • ATTORNEYS AT LAW • 100 PEARL STREET • HARTFORD, CT 06103-4500 • (860) 493-2200 • JURIS NO. 10163