```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

                       COURT TRIAL CALENDAR

              HONORABLE ALFRED V. COVELLO, U.S.D.J.
                         450 MAIN STREET
                            HARTFORD
                     COURTROOM #1 - ANNEX
```

**June 21, 2004**

**11:00 a.m.**

CASE NO. **3:01cv1275 (AVC) Ellis, et al v. Berlinghoff**

Mary E.R. Bartholic
Cohn, Birnbaum & Shea
100 Pearl St.
Hartford, CT 06103-4500

Catherine A. Mohan
McCarter & English-Htfd
Cityplace I
185 Asylum St.
36th Fl.
Hartford, CT 06103-3495

Thomas W. Witherington
Cohn, Birnbaum & Shea
100 Pearl St., 12th Fl.
Hartford, CT 06103-4500

```
                                   BY ORDER OF THE COURT
                                   KEVIN F. ROWE, CLERK
```

PARTIES TO PROVIDE WITNESS & EXHIBIT LISTS W/ ORIGINAL EXHIBITS PRIOR TO TRIAL; SEE PRETRIAL ORDER DATED 6/17/02.