UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| JUNE ELLIS and MATHconx, LLC | CASE NO. 3:01CV1275 (AVC) |
|---|---|
| v. | |
| WILLIAM P. BERLINGHOFF | JUNE 23, 2004 |

## MOTION FOR JUDGMENT IN ACCORDANCE WITH STIPULATION

The Plaintiffs, June Ellis and MATHconx, LLC, hereby move the Court to enter judgment in accordance with the attached Stipulation to Judgment, dated June 21, 2004.

THE PLAINTIFFS,
JUNE ELLIS and MATHconx, LLC

By: /s/ Thomas W. Witherington
Thomas W. Witherington, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street
Hartford, CT 06103
Telephone: (860) 493-2200
Facsimile: (860) 727-0361
E-mail: twitherington@cb-shea.com
Federal Bar No. ct05711

## **CERTIFICATION**

      I hereby certify that on June 23, 2004, a copy of the foregoing was sent via First Class mail, postage prepaid, to the following:

Catherine A. Mohan, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street, 36th Floor
Hartford CT 06103-3495


                                  /s/     Thomas W. Witherington
                                  Thomas W. Witherington

#124320 18008.007

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUNE ELLIS and MATHconx, LLC<br><br>v.<br><br>WILLIAM P. BERLINGHOFF | CASE NO. 3:01CV1275 (AVC)<br><br><br>JUNE 21, 2004 |

## STIPULATION TO JUDGMENT

The parties in the above-entitled action hereby stipulate and agree that a declaratory judgment may enter in favor of the Plaintiffs with respect to the First Count of the Plaintiffs' Amended Complaint, as follows:

1. The August 26, 1999 Assignment of Copyright from the Defendant, William P. Berlinghoff ("Berlinghoff"), to the Plaintiff, June Ellis ("Ellis"), constitutes a valid and binding assignment to Ellis of all of Berlinghoff's right, title and interest in and to the work product he contributed to the Secondary Mathematics Core Curriculum Initiative Project (the "Project"), including all copyrights, according to its terms.

2. The August 18, 1997 Assignment of Copyright from Ellis to the Defendant, MATHconx, LLC ("MATHconx"), constitutes a valid and binding assignment to MATHconx of all of Ellis' right, title and interest in and to the written materials produced by the Project, including all copyrights and all rights and interests acquired from Berlinghoff pursuant to the Berlinghoff Assignment.

3. Neither the Berlinghoff Assignment nor any other agreement between Ellis, MATHconx and Berlinghoff imposes any limitations on the manner in which funds received by Ellis and/or MATHconx as royalties from the publication of the project materials may be expended, used or distributed.

>THE PLAINTIFFS,
>JUNE ELLIS and MATHconx, LLC
>
>By: /s/ Thomas W. Witherington
>    Thomas W. Witherington, Esq.
>    Cohn Birnbaum & Shea P.C.
>    100 Pearl Street
>    Hartford, CT 06103
>    Telephone: (860) 493-2200
>    Facsimile: (860) 727-0361
>    E-mail: twitherington@cb-shea.com
>    Federal Bar No. ct05711
>
>
>THE DEFENDANT,
>WILLIAM P. BERLINGHOFF
>
>By: /s/ Catherine A. Mohan
>    Catherine A. Mohan, Esq.
>    McCarter & English, LLP
>    CityPlace I
>    185 Asylum Street, 36th Floor
>    Hartford, CT 06103-3495
>    Telephone: (860) 295-6700
>    Facsimile: (860) 724-3397
>    E-mail: cmohan@mccarter.com
>    Federal Bar No. ct00340

TWW/fmb/123178v1  18008-007