UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUNE ELLIS and MATHconx, LLC, | ) |
| Plaintiffs, | ) CIVIL ACTION NO.<br>) 3:01CV1275 (AVC) |
| v. | ) |
| WILLIAM P. BERLINGHOFF, | ) |
| Defendant. | ) June 21, 2004 |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(c), the parties to this action hereby give notice of the voluntary dismissal of the counterclaims in the above-captioned action. This dismissal is with prejudice and each party shall bear their own costs.

PLAINTIFF,
JUNE ELLIS

By _____
Thomas W. Witherington
Fed. Bar #ct05711
Cohn, Birnbaum & Shea
100 Pearl Street
Hartford, CT  06103
(860) 493-2200

DEFENDANT,
WILLIAM P. BERLINGHOFF

By _____
Catherine A. Mohan
Fed. Bar #ct00340
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **Joint Stipulation of Voluntary Dismissal** has been hand-delivered this 23rd day of June, 2004, to:

Thomas W. Witherington, Esq.
Cohn, Birnbaum & Shea, P.C.
100 Pearl Street
Hartford, CT  06103

Catherine A. Mohan