46

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| JUNE ELLIS and MATHconx, LLC | CASE NO. 3:01CV1275 (AVC) |
|---|---|
| v. | |
| WILLIAM P. BERLINGHOFF | JUNE 23, 2004 |

### MOTION FOR JUDGMENT IN ACCORDANCE WITH STIPULATION

The Plaintiffs, June Ellis and MATHconx, LLC, hereby move the Court to enter judgment in accordance with the attached Stipulation to Judgment, dated June 21, 2004.

THE PLAINTIFFS,
JUNE ELLIS and MATHconx, LLC

By: _____
Thomas W. Witherington, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street
Hartford, CT 06103
Telephone: (860) 493-2200
Facsimile: (860) 727-0361
E-mail: twitherington@cb-shea.com
Federal Bar No. ct05711

June 23, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2004 JUN 24 P 1:09
U.S. DISTRICT COURT
HARTFORD, CT.

**COHN BIRNBAUM & SHEA P.C.** • *ATTORNEYS AT LAW* • 100 PEARL STREET • HARTFORD, CT 06103-4500 • (860) 493-2200 • JURIS NO. 10163