UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUNE ELLIS and MATHconx, LLC, | ) |
| | ) CIVIL ACTION NO. |
| Plaintiffs, | ) 3:01CV1275 (AVC) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM P. BERLINGHOFF, | ) |
| | ) June 21, 2004 |
| Defendant. | ) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(c), the parties to this action hereby give notice of the voluntary dismissal of the counterclaims in the above-captioned action. This dismissal is with prejudice and each party shall bear their own costs.

PLAINTIFF,  
JUNE ELLIS

By _____  
Thomas W. Witherington  
Fed. Bar #ct05711  
Cohn, Birnbaum & Shea  
100 Pearl Street  
Hartford, CT 06103  
(860) 493-2200

DEFENDANT,  
WILLIAM P. BERLINGHOFF

By _____  
Catherine A. Mohan  
Fed. Bar #ct00340  
McCarter & English, LLP  
CityPlace I  
185 Asylum Street  
Hartford, CT 06103  
(860) 275-6700

June 23, 2004.  
SO ORDERED.  
Alfred V. Covello, U.S.D.J.