UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| JUNE ELLIS and MATHconx, LLC | CASE NO. 3:01CV1275 (AVC) |
|---|---|
| v. | |
| WILLIAM P. BERLINGHOFF | JUNE 21, 2004 |

### STIPULATION TO JUDGMENT

The parties in the above-entitled action hereby stipulate and agree that a declaratory judgment may enter in favor of the Plaintiffs with respect to the First Count of the Plaintiffs' Amended Complaint, as follows:

1. The August 26, 1999 Assignment of Copyright from the Defendant, William P. Berlinghoff ("Berlinghoff"), to the Plaintiff, June Ellis ("Ellis"), constitutes a valid and binding assignment to Ellis of all of Berlinghoff's right, title and interest in and to the work product he contributed to the Secondary Mathematics Core Curriculum Initiative Project (the "Project"), including all copyrights, according to its terms.

2. The August 18, 1997 Assignment of Copyright from Ellis to the Defendant, MATHconx, LLC ("MATHconx"), constitutes a valid and binding assignment to MATHconx of all of Ellis' right, title and interest in and to the written materials produced by the Project, including all copyrights and all rights and interests acquired from Berlinghoff pursuant to the Berlinghoff Assignment.

June 24, 2004
SO ORDERED.

Alfred V. Covello, U.S.D.J.